UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SREENIVASAN ASOKAN, et al.,

        Plaintiffs,

Case No: 6:15-cv-02048-PGB-KRS

vs.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

        Defendant.

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, SREENIVASAN ASOKAN, ANURADHA ASOKAN, INDEPENDENT ANESTHESIA SERVICES, P.A., CHAKRAVARTHY RAGHAVAN, C. RAGHAVAN, M.D., P.A., NANNI PIDIKITI, NANNI PIDIKITI, M.D., P.C., RAKESH PAREKH, TEJAL PAREKH, RAKESH S. PAREKH, M.D., P.A., RAM REDDY, MADHUBALA REDDY, FAMILY INTERNAL MEDICINE, P.A., ROGER LODGE, PAMELA PAULSHOCK, and THREE POINT PRODUCTIONS, INC., and Defendant, AMERICAN GENERAL LIFE INSURANCE COMPANY, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to the dismissal of this action in its entirety with prejudice, with each party to bear their own attorneys' fees and costs. The parties request that the Court reserve jurisdiction solely to enforce the terms of the parties' Settlement Agreement if necessary.

Dated: January 9, 2018

<div style="column-count:2">

By: /s/Clay M. Townsend
MORGAN & MORGAN, P.A.
Clay M. Townsend, Esq.
Florida Bar No. 363375
Paul L. SanGiovanni, Esq.
Florida Bar No. 0513164
Jessica L. Thorson, Esq.
Florida Bar No. 0091676
20 North Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407)418-6041
Facsimile: (407)245-3394
ctownsend@forthepeople.com
psangi@forthepeople.com
Jthorson@forthepeople.com

THE MEADE FIRM P.C.
Tyler Meade, Esq.
Melissa Riess, Esq.
1816 Fifth Street
Berkeley, CA  94710
Telephone: (510) 843-3670
Facsimile: (510) 843-3679
tyler@meadefirm.com
melissa@meadefirm.com

GIBBS LAW GROUP LLP
Michael Schrag, Esq.
Linda Lam, Esq.
505 14th St., Suite 1110
Oakland, CA 94612 Oakland, CA 94612
Telephone: (510) 530-9700
Facsimile: (510) 530-9701
mls@classlawgroup.com
lpl@classlawgroup.com

By: /s/ Amy B. Boyea
EDISON, MCDOWELL & HETHERINGTON LLP
Amy B. Boyea*
Texas Bar No. 24026910
2000 Lamar Boulevard, Suite 780
Arlington, Texas 76006
T: (817) 635-7300
F: (713) 337-8849
amy.boyea@emhllp.com

David T. McDowell*
Texas Bar No. 00791222
Hutson B. Smelley*
Texas Bar No. 24013524
Kate H. Easterling*
Texas Bar No. 24053257

Robert P. Debelak*
Texas Bar No. 24078410
1001 Fannin Street
Houston, Texas 77002
T: (713) 337-5580
F: (713) 337-8850
david.mcdowell@emhllp.com
hutson.smelley@emhllp.com
kate.easterling@emhllp.com
bobby.debelak@emhllp.com
*Admitted pro hac vice

and

Kristina B. Pett
Florida Bar No. 0973688
2101 N.W. Corporate Boulevard, Suite 316
Boca Raton, Florida 33431
T: (561) 994-4311
F: (561) 982-8985
kristina.pett@emhllp.com
*Attorneys for Defendant*

</div>

REISER LAW, P.C.
Michael J. Reiser, Esq.
Lilia Bulgucheva, Esq.
1475 N. Broadway
Walnut Creek, CA 94596
Telephone: (925) 256-0400
Facsimile: (925) 476-0304
Michael@reiserlaw.com
Lilia@reiserlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2018, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system, which will serve a notice to all counsel of record.

*s/Clay M. Townsend*
Attorney